to the honorable Robert C. Chambers

holding chancery court at Kanawha county, West Virginia


rodger II of the family of atwood,
(petitioner),

vs.

Christopher C. Conner,

Christy H. Fawcett,

James T. Clancy,

Peter J. Smith,

Denise Turner Roth,

Jack Lew,

James Duffy,

John Kerry,

(Respondent(s),



2:17-cv-1180


in original jurisdiction

special cause - original bill


record no: _____

dated: _____


--- original bill for equitable relief ---

writ of sequestration and

other injunctive relief

To: clerk of the court, general inherent common-law and equity
                      jurisdiction


Parties:


        petitioner: rodger of the family of atwood
                    c/o #06454-067
                    McDowell Federal Correction Institution
                    PO Box 1009
                    Welch, WV 24801

                    also copy to:
                    rodger II of the family of atwood
                    102 Dellville Dam Road
                    Duncannon, Pennsylvania

        Respondent(s):                                              /

                    Christopher C. Conner          Jack Lew
                    c/o 228 Walnut Street          c/o 1500 Pennsylvania Ave
                    Harrisburg, PA 17108           Washington, DC 20220

                    Christy H. Fawcett
                    c/o 228 Walnut Street
                    Harrisburg, PA 17108

                    James T. Clancy
                    c/o 228 Walnut Street
                    Harrisburg, PA 17108

                    Peter J. Smith
                    c/o 235 North Washington Avenue, Room 101
                    Scranton, PA 18503

                    Denise Turner Roth
                    c/o 1800 F. Street NW
                    Washington, DC 20405

                    James Duffy
                    c/o One Columbus Circle NW
                    Washington, DC 20544

                    John Kerry
                    c/o 2201 C. Street NW
                    Washington, DC 20520


Jurisdiction: original common-law - exclusive equity - non statutory

## Table of Authorities

Holy Bible, King James Version,

maxims of law and equity,

A Treatise of Suits in Chancery - Henry R. Gibson,

A Manual of Equity Jurisprudence - Josiah W. Smith,

A Practical Treatise on the Law of Trusts - Thomas Lewin,

Commentaries of Equity Jurisprudence as Administered in England and America - Joseph Story,

A Treatise on Equity Jurisprudence, as Administered in USA; adapted for all the States and to the Union of Legal and Equitable remedies under the reformed procedure - John Pomeroy

declaration of independence, seventeen hundred and seventy-six

Declaration of Status of Rodger II-Theodore: Atwood

Declaration of Trust of Rodger Theodore Atwood II

To the honorable Chancellor holding chancery court in Mercer county, West Virginia.

"Petitioner", roder II of the family of atwood, a man living on the land of a union member state, not an actor in the artificial state of society, never having been naturalized as a citizen of a State, nor having sworn allegiance to support any constitution, nor declaring under oath in one of the courts specified in the Act of 1802, my intention to renounce my allegiance to the supreme being known as "God;" and not within a federal territory or district.

Petitioner is the heir apparent to the estate of "rodger of the family of atwood", and beneficiary to the sovereign trust known as "we the people"; and paramount, priority claimant to all rights, title and interest in the trust-estate known as "Rodger Theodore Atwood II" (see exhibit-A).

Petitioner, unschooled in the art of law, and laboring in the most challenging conditions, humbly requests your honor to look to the equitable substance rather than the form while considering the premises herein.

Petitioner brings this bill in equity against Respondent(s) to enforce his equitable rights to constructive fraud, redemption, account and injunction under the common-law and inherent equity.

page 1 of 9

Opening Preface:

A well known author in the field of equity jurisprudence, Joseph Pomeroy, phrased "the single most profound element in all equity jurisprudence is the right to equity of redemption." Along similiar lines, Supreme Court Justice, Joseph Story, wrote in his Treatise on Equity, "historically it has been held that such a right is so innate that it could not be separated from the heir even with his contractual consent."

Background:

In 2015 [estate of] petitioner entered into a plea [criminally] in a court at law for statutory cause of "criminal forfeiture", "conspiracy to distribute and possession with intent to distribute" and "attempt to distribute and possess with intent to distribute marijuana", (21 USC § 853(p), 21 USC § 846 and 841(b)(1)(c) respectively) in re: UNITED STATES OF AMERICA V. RODGER T. ATWOOD, II, United States District Court, Middle District of Pennsylvania, case no: 1:12-cr-0055-01, and 1:13-cr-0260-01, now closed, hereinafter "judgment deed". Though the method used was clearly unorthodox, the ultimate intent was to procure equity of redemption on behalf of himself and others.

page 2 of 9

Premises:

Petitioner herein declares, charges and makes known his equitable rights and claims to the following: (a) the maxims and principles of law and equity known as the "unwritten law" (b) the sovereign trust known as "we the people" (declaration of independence, seventeen hundred and seventy six) (c) the trust-estates known as "Rodger Theodore Atwood, II", "RODGER T. ATWOOD, II", "ATWOOD RODGER THEODORE II" (see exhibit-B) (d) all assets, interests, proceeds, derivatives and property originating from/by/through case no's 1:12-cr-0055-01 and 1:13-cr-0260-01 in the United States District Court, Middle District of Pennsylvania (e) all assignable and subrogation interests in all creditor's claims and rights against aforementioned trust-estates.

Petitioner charges, claims and declares that the "JUDGMENT IN A CRIMINAL CASE" no: 1:12-cr-0055-01 and 1:13-cr-0260-01 hereafter "judgment deed" in the UNITED STATES OF AMERICA V. RODGER T. ATWOOD, II is an equitable mortgage.

Petitioner gives notice of his claim to all rights in the "judgment deed" as a "mortgage" whereby the trust-estate of Petitioner is the Drawee and Respondent(s) is the maker, and Petitioner is the surety held as collateral until satisfaction of said mortgage.

"Judgment deed" having been bundled into an investment pool, given a CUSIP number and described as a Collateralized Mortgage Obligation or "CMO"; Petioner seeks the aid of this equity court to acknowledge and affirm his equitable rights to said "judgment deed" as a mortgage.

page 3 of 9

Petitioner, in accordance with equity jurisprudence, does hereby tender to the clerk of the court a "Bond for all court costs" with this bill in equity as necessary and proper "to do equity" and perfect his interest in the "judgment deed."

Petitioner seeks the aid of the equity court to acknowledge and affirm his equitable rights and decree that said obligation of "judgment deed" is hereby settled and discharged, and petitioner as surety is exonerated from any further liability to said "judgment deed" and granted all rights of subrogation held by Respondent(s). "Equity favors the redemption of a thing held in pawn."

In acknowledgement that consideration having been tendered and ignored, yet remaining in possession of Respondent(s) (see exhibit-C), Petitioner brings his claim to enforce his equitable right of redemption upon said "judgment deed" and regain all property (collateral) held by, or under control of Respondent(s). "Reprobata percunia liberat solventum - "a tender refused releases the person paying."

"All officials...are compellable to account by the beneficiary in Chancery" - Henry Gibson. Petitioner seeks the aid of this equity court to direct by a decree or writ of sequestration against Respondent(s) to enforce said redemption and the immediate return of all collateral and property to petitioner; and further seeks a decree directing Respondent(s) to account for all property related to "judgment deed" sold or held in the public or private.

page 4 of 9

In as much as debtor's prison has been abolished in this country, the means used to enforce specific obligations has not.  Commitment for contempt (Mittimus) is an age old method used to enforce obligations, however inequitably petitioner entered into said "judgment deed" now being enforced by commitment.  Petitioner only now comes to understand the scope of his ignorance in said "judgment deed" which caused the contempt of court.  In comprehension thereof, petitioner acknowledges and confesses, freely and with humility, his error in causing the contempt and expresses his repentance to the court.  "Eodem ligamine quo ligatum est dissolvitur - An obligation is dissolved by the same bond which created it."

In light of the above, petitioner resigns as trustee of the trust-estates known as "Rodger Theodore Atwood, II", "Rodger T. Atwood, II", "RODGER THEODORE ATWOOD, II", and "ATWOOD RODGER THEODORE, II", along with Tyrone of the family of Atwood, and requests your honorable Chancellor to appoint a receiver to manage the affairs of said trust-estates for the benefit of the beneficiaries, and purge petitioner's contempt.

Petitioner charges, claims and asserts that, Respondent(s), under false pretenses, prayed upon the lack of knowledge of petitioner and abused their position of confidence to force petitioner to accept suretyship for a statute violation, which is actually a mortgage (Roman pignus pledge), by holding peitioner without his consent and without consideration for three years until petitioner signed a contract for suretyship (plea agreement). "Non est lex sed sevitus, ad ea teneriquibus non consenseris - it is not law but servitude to be bound by what you have not consented to."

Petitioner, after being deprived of sleep, nutricious food, sunlight, and chained at the wrists, feet and waist for hours on end, did finally relent and "Plea Agreement"/naked agreement - "Nuda pactio obigationem non parit - A naked agreement does not create an obligation."

In further evidence of constructive fraud, and with intent to enforce said obligation/naked agreement, Respondent(s) brought a statutory claim (ma'la pro'hibita) against petitioner's trust-estate, at law, under contempt, disguised under pretense of a criminal process (ma'la in'se), to illicit a "judgment deed" (mortgage), with petitioner as the collateral (surety).  Said actions were clearly intended to (and succeeded in) depriving petitioner of his equitable rights, while securing collateral for a mortgage by using tortious threat of imprisonment under pretense of criminality, so as to give appearance of no equitable remedy available to petitioner.

"Extortio est srimen quando quis colors officii estorquest quod non est debitum" - extortion is a crime, when, by color of office, any person extorts what is not due."  For misrepresentations and actions by Respondent(s) under constructive fraud, petitioner seeks the aid of the equity court for a decree to relieve petitioner of all obligations in "judgment deed", and deliver up said "judgment deed" to be cancelled.

page 6 of 9

Petitioner states, asserts and claims that due to the nature of this suit and in consideration that Respondent(s) have participated, through color of office and actions at law, in trespassing upon the rights of the Petitioner, by misleading and deceptive behavior under false pretenses, rising to the level of constructive fraud; petitioner seeks the aid of this equity court for a writ of injunction against Respondent(s) and their agents, enjoining them and those they have influence over, from committing any retaliatory acts against Petitioner, for tendering this bill in equity.

Prayer for relief:

Petitioner prays this equity court and your honorable Chancellor consider the requests expressed by the Petitioner in the foregoing Premises, and affirm by decree or other act, the relief prayed for therein and below:

That your honor decree said "judgment deed" to be extinguished and said surety to be exonerated; and that all rights of subrogation be granted by Petitioner;

That by decree, and/or writ of sequestration or restitution, said "judgment deed" be redeemed and all collateral be returned to Petitioner forthwith; and Respondent(s) be compelled to account;

That by decree all contempt in case no's: 1:12-cr-0055-01 and 1:13-cr-0260-01  and in "judgment deed" be purged and cured; Mittimus terminated;

page 7 of 9

That the honorable Chancellor grant petitioner the writ of
subpoena to require the Respondent(s) to answer this bill in full
and under oath - "in a judicial proceeding, nothing is believed
unless proved upon oath.

Respectfully Tendered,

*rodger II of the family of atwood*

rodger II of the family of atwood

On this _30_ day of _____January_____ in the year of our lord
and savior, two thousand and seventeen.

page 8 of 9

Affidavit to Bill

McDowell county          )
                                    ss
West Virginia state      )

united States of America


     i; a man; rodger II of the family of atwood, as petitioner, authored
the foregoing bill, and herein affirm and make oath that the statements in
this foregoing bill are made of my first-hand knowledge, are true and
correct to the best of my knowledge, information and belief, so held me
God, on this __30__ day of ___January_____, in the year of our lord and
savior, two thousand and seventeen.

                                        _rodger II of the family of atwood_
                                        rodger II of the family of atwood


     we, the undersigned below, did witness the man known to us as
rodger II of the family of atwood, place his seal above on this _30_ day
of __January_____ in the year of our lord and savior, two
thousand and seventeen.

          Witness One                        Witness Two

_patrick of the family of morgan_    _Robert Warren Stone_

_patrick of the family of morgan_    Robert Warren Stone


page 9 of 9

$25,000,000.00                    Prosecution Bond and                    $25,000,000.00
                                  Bond for court costs

                        Instrument no: RTA-010966-5000

    We, the undersigned below, do bind ourselves, our estates, our
heirs, in the amount of $25,000,000.00, to cover all costs resulting
from the foregoing bill in equity on this __30__ day of __January__
in the year of our lord and savior, two thousand and seventeen.


    _rodger II of the family of atwood_          _patrick of the family of morga_
    Petitioner                                   Guarantor

# Exhibit A

Declaration

Notice Proclamation, Affidavit of Rodger II of the family of Atwood

Notice of Claim

3 pages

John Kerry
Secretary of State
Department of State
2201 C Street, NW
Washington, DC 20520

Re:  RODGER THEODORE ATWOOD II - 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

Dear Mr. Kerry,

Please file the enclosed Declaration in your records as an amendment to the records of RODGER THEODORE ATWOOD II.  Your prompt attention is greatly appreciated.

                                                    Sincerely,


                                                    *Rodger-Theodore: Atwood II*
                                                    Rodger-Theodore:Atwood II
                                                    c/o # 06454-067
                                                    Federal Correction Inst
                                                    PO Box 1009
                                                    Welch, WV 24801



                        Certificate of Mailing

    I, DONNA-LEE:ATWOOD ~~Atwood II~~ declare under penalty of perjury that I personally delivered the enclosed "Declaration" to the postmaster as agent for the Respondent above according to the postal rule, on this _11_ day of _____July_____, 2016.

        Certified Mail # 7015 1660 0000 8833 26 46

                                        *Donna Lee Atwood*
                                        /Signature

Notice, Proclamation and Affidavit of Rodger II of the family of Atwood

I, Rodger II- Theodore:Atwood, hereby proclaim and is further witnessed to
ALL by these presents:

## I. Declaration

I, Rodger II-of the family of Atwood, a living man of God, being over the
age of majority, competent, sound in mind and cognizant of the importance of
the matters stated herein, self defined and spoken with authority solemnly
publish and proclaim the following:

I, a private American National, a non-Person[1], non-US Citizen[2] and born on
the land and inhabit upon one of the union member States outside a "Federal
District", and one of the Posterity, heir and beneficiary[3] of the constitutional
Republic[4]; and

I maintain no active employment; hold no office nor act as trustee, principal
or agent of the United States or any agency, political subdivision or admini-
stration thereof; and

I, with intent and purpose, rescind and revoke my consent as trustee,
principal, surety[5] and collateral and signatures of accomodation from inception
and denounce such acts forevermore; and

I demand all remedies, protections and promises undertaken by oath to uphold,
protect and defend the unalienable rights of the Posterity as established by
the Constitution for the United States of America; and

## II. Proof of Life

I, Rodger II of the family of Atwood, a living man, Affiant, being over the
age of eighteen (18) years, competent to witness does state for the public
record the following:

I, Rodger II of the family of Atwood notice; That the public record on file
with the Office of Registrar of the State of Pennsylvania of the Pennsylvania
Health & Human Services Commission (record no. 00476-1966) shows that the entity
known as Rodger II of the family of Atwood, BABY ATWOOD took the first breath
of life on (January 9, 1966); and

---

[1]as opposed to Person as defined by the Fourteenth Amendment and subsequent Acts
[2]as opposed to an American State Citizen without federal jurisdiction
[3]Maxim: Equity regards the beneficiary as the real owner
[4]The de jure government of the United States comprised of the States
[5]Proverbs 11:15 "He who is guarantor for a stranger will surely suffer for it,
        but he who hates being a guarantor is secure"
[6]Corpus Juris Secundum - Section 16, Page 892, "Fact of Death".
[7]Cestui Que Vie Act of 1666, section I, IV
------------------------------------------------------------------------

Notice, Proclamation and Affidavit of Rodger II of the family of Atwood

I, Rodger II of the family of Atwood notice, That as of the date this Affidavit of LIfe the entity known as Rodger II of the family of Atwood is still alive and breathing[6]; and

I, Rodger II of the family of Atwood notice; Since (January 9, 1966) has not surrendered nor abandoned any claims of life nor any and all claims of estate[7] to include but not limited to RODGER THEODORE ATWOOD II; and

## III. Change of Name-Ecclesiastic Deed Pole

By me, the undersigned Rodger II of the family of Atwood, county of cumberland state of Pennsylvania, now or lately known as RODGER THEODORE ATWOOD II: II.

I, Roger II of the family of Atwood absolutely, fully and entirely renounce, relinquish and abandon the use of my said former name of RODGER THEODORE ATWOOD II and assume adopt and determine to take and use from the date hereof the name of Rodger-Theodore:Atwood II in substitution entirely for my former naqme of RODGER THEODORE ATWOOD II, transferring all property interest and Title to the new Rodger-Theodore:Atwood II.

I, Rodger-Theodore:Atwood II undertake that I shall at all times hereafter in all records, paperwork, deeds, documents and other writings, and in all actions and proceedings, as well as in all dealings (formal and otherwise) and transactions and on all occasions whatsoever use and subscribe the said name of Rodger-Theodore:Atwood II as my true name in substitution for my former name of RODGER THEODORE ATWOOD II so relinquished as aforesaid to the intent that I may hereafter be known before God and to all men not by the former name of RODGER THEODORE ATWOOD II but by Rodger-Theodore:Atwood II only.

I, Rodger-Theodore: Atwood II authorize and require all custodians of records at all time to designate, describe and address my personal identity by the name of Rodger-Theodore: Atwood II and further notice that all references made within this affidavit shall be considered as Points and Authorities of Law.

IN WITNESS whereof, in my capacity as Divine Spirit, I hereunto suscribe my substituted new name of Rodger-Theodore: Atwood II for my said former name of RODGER THEODORE ATWOOD II and I, Rodger II of the family of Atwood hereby make oath, with affirmation, allegiance therto and with providence, proclaim the above and so inscribe below of my own volition, in my own hand and affix the seal of the same, so help me God.

So it is SIGNED, SEALED AND DELIVERED as a Deed of my ESTATE, hereto:

by the above named: Rodger-Theodore: Atwood II          *Rodger-Theodore : Atwood II*

formerly known as: RODGER THEODORE ATWOOD II          *RODGER THEODORE ATWOOD II*

|  Witness One  |  Witness Two  |
|---|---|
| *Patrick-Cody: Morgan* | *Joshua M. Hatfield* |
| Patrick-Cody: Morgan | Joshua Mark Hatfield |
| c/o 3005 Raven Burton Rd. | c/o 191 Trout Road |
| Alia, Texas 77511 | Bean Station, TN. 37708 |

--------------------------------------------------------
Notice, Proclamation and Affidavit of Rodger II of the family of Atwood

# Exhibit B

Notice of Declaration of Trust-Estate

Known as Rodger Theodore Atwood II

1 page

(See Instrument Number 201605953)
Perry County Recorder of Deeds
New Bloomfield,Pennsylvania

## Declaration of Trust-Estate

BY DECLARATION, this Revocable and Amendable Trust-Estate is created on this 1st day of August , 2016 C.E.

By

The Rodger II family of Atwood, of Dellville Dam Road, Duncannon, Pennsylvania, the Creator and also known as the Grantor, Trustor, and Settlor of this Trust-Estate Agreement, which is more fully set forth in the Schedule of Assets attached hereto and made a part hereof.

## 1) Trust-Name and Assumed Names:

This Trust shall be known as "Rodger Theodore Atwood II." All property registered under this Trust-Estate Name and Assumed Names "Atwood II, Roger T", "RODGER THEODORE ATWOOD", and "RODGER T. ATWOOD, II" shall be governed by this Trust-Instrument.

## 2) Trust-Purpose:

The purpose of this Trust-Instrument is to create a Trust-Estate.

## 3) Trust-Assets:

The Grantor hereby agrees to transfer property to this Trust-Estate without prejudice, by any means available.  The property thus transferred may be real and/or personal, tangible or intangible.  Any medium of exchange, including, but not limited to, commercial paper [e.g. "Federal Reserve Notes" or other promissory-notes, bank-checks, money-orders] transferred in lieu of specie that can lawfully pay a debt instead of discharging, such as lawful

Rodger Theodore Atwood II, Trust Estate ID# 70141820000013572

1 of 12

# Exhibit C

Notice of Tender and Accord and Satisfaction

Notice of Adverse Claim,
Request for an Accounting,
Request Regarding a Statement of Account

17 pages

## AFFIDAVIT OF MAILING

State of Pennsylvania )
County ~~Perry~~ _Cumberland_ ) ss.

On this _4th_ day of _August_, 2016, limited expressly for the purpose of verification, I, the undersigned Notary Public, being over the age of 18 years of age, and having firsthand knowledge of the facts,

Being commissioned in the County and State noted above, do certify that _Donna Lee Atwood_ appeared before me with the following documents listed below. I, the below signed notary, personally witnessed as these documents were placed in an envelope and sealed by me.

Notary info: Name: _JoANNA KAY Natale_

Address: _950 Walnut Bottom Rd Suite 15_
_Carlise, PA 17015_

Commission expires: _9/1/2019_

Said envelope was sealed, addressed and placed in the U.S. mail by me and sent via USPS Certified Mail, Return receipt requested # _7015 3430 0000 6610 7082_
to:

Denise Turner Roth, acting administrator
U.S. General Services Administration
1800 F Street, N.W.
Washington, DC 20405

## LIST OF DOCUMENTS ENCLOSED AT SALE

✓ Cover letter-authorization/intent to gift
✓ Notice of Claim - ~~Cert. filings~~
✓ Certificate of Birth - _copy_
✓ Instrument of Judgment
✓ SF-28, SF-25, SF-25A, SF-24
✓ Optional Forms 90, 91

Witness my hand and official seal this _4th_ day of _August_, 2016.

Seal:

_Joanna Kay Natale_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANNA KAY NATALE
Notary Public
WAYNE BORO, CUMBERLAND COUNTY
My Commission Expires Sep 1, 2019

8-4-16

Rodger II of the family of Atwood
102 Dellville Dam Road
Duncannon, PA 17020

Sent via USPA Certified Mail, Return Receipt # 7014 1820 0001 4760

Denise Turner Roth, acting administrator                    July 4th,2016
U.S. General Services Administration
1800 F Street, N.W.
Washington, DC 20405

Re.: Tender of payment/gift to the United States from Rodger II of the family
      of Atwood; United States District Court-Middle District of Pennsylvania
      account case no.(s): 1:13-CR-0260-01/1:12-CR-0055-01.

Dear Denise Turner Roth,

I, Rodger of the family of Atwood, come in peace, acting in good faith and
desiring to settle this matter, am tendering payment as full satisfaction of
this claim. If there are any further obligations that are due, please tender
your true bill so that I may settle all matters directly.  Please find enclosed
appropriate instruments and documents which I tender to your care for the
purposes of settlement of outstanding liabilities related to the above referen
ced account number and I gift the assets enclosed to the United States pursuant
to 31 USC § 3113.  Your expedited handling of this matter is respectfully
requested.

I, Rodger of the family of Atwood, grant you authority to complete the necessary
instruments and I hereby irrevocably gift the sums, proceeds, interests and
along with all fixtures, bonds, chattel, instruments in relation to account/
cause/case no(s). 1:13-CR-0260-01/1:12-CR-0055-01, held at the United States
District Court - Middle District of Pennsylvania.  I demurrer to the facts and
request settlement to accord and satisfaction of account/case/cause no(s).
1:13-CR-0260-01/1:12-CR-0055-01, and further request the return of the collateral
on or before 5:00pm, August 5th, 2016 (see enclosed documents).

I thank you in advance for your expeditious handling of this matter.

Sincerely,

without Recourse
rodger II of the family of atwood
Rodger II of the family of Atwood

cc: Office of the Governor, Pennsylvania

Case 1:13-cr-00260-CCC  Document 202  Filed 10/30/15  Page 1 of 8

AO 245B   (Rev. 4/2013-MD/PA) Judgment
      in a Criminal Case Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | |
| RODGER T. ATWOOD, II | Case Number:  1:12-CR-0055-01 and 1:13-CR-0260-01 |
| | USM Number: 06454-067 |
| | Kent D. Watkins, Esquire |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 & 2 of Information (No. 1:12-CR-0055-01) & 1 of Information (No. 1:13-CR-0260-01)

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 & 841(b)(1)(C) | Conspiracy to Distribute and Possess with Intent to Distribute Marijuana (No. 1:12-CR-0055) | 2/7/2012 | |
| | (See additional counts on Page 2) | | |

    The defendant is sentenced as provided in pages 2 through   **8**   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  1 of Information (No. 1:12-CR-0055) of Judgment (No. 1:13-CR-0260)  ☐ is  ☑ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**ACCEPTED**

as grantee, exempt from levy

Date: _7-4-2016_
    _without Recourse_
    _rodger II famly of atwood_
    authorized signature

10/29/2015
Date of Imposition of Judgment

/S/ Christopher C. Conner
Signature of Judge

CHRISTOPHER C. CONNER, CHIEF JUDGE, USDC MDPA
Name and Title of Judge

10/30/2015
Date

_App. 13_

| **AFFIDAVIT OF INDIVIDUAL SURETY** | OMB Control Number: 9000-0001 |
|---|---|
| *(See instructions on reverse)* | Expiration Date: 1/31/2018 |

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (M1V1CB), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF
**PENNSYLVANIA**
COUNTY OF **SS.**
**DAUPHIN**

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| RODGER THEODORE ATWOOD II | PENNSYLVANIA BIRTH NO. 004761-1966 |
| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
| SURETY/LIFETIME | U.S. DISTRICT COURT, PO Box 11754,[17108] |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* | 6. TELEPHONE NUMBER |
| DTC, 55 WATER STREET, NY, NY 10041 | HOME - <br> BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

INDICTMENT(S), ORDER(S), ASSET(S), BOND(S) IN REFERENCE TO Account/Case/Cause
No. 1:12-CR-0055-01, 1:13-CR-0260-01, PA BC# 004761-1966
STANDARD FORMS: 24, 25, 25A, OPTIONAL FORMS: 90, 91

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof.)*

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

Case No. 1:12-CR-0055-01/1:13-CR-0260-01 including all related accounts, UNITED STATES OF AMERICA v. RODGER T. ATWOOD, II, U.S. District Court, Middle District of Pennsylvania

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

Case No. 1:12-CR-0055-01/1:13-CR-0260-01 including all related accounts, UNITED STATES OF AMERICA v. RODGER T. ATWOOD, II, U.S. District Court, Middle District of Pennsylvania

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where appropriate)* |
|---|---|
| *Donna Lee Atwood P.O.A* | ITEMS LISTED IN BOX 7(a) |

**12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:**

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|
| MONTH **JUL 08** DAY **04** YEAR **2016** | Duncannon, PA *Carlisle PA* | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES |
| Judith A Bitner - Notary | *Judith A Bitner* | 09-29-2018 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28
Prescribed by GSA-FAR (48

| PERFORMANCE BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>2/07/2012 | OMB Number:  **9000-0045**<br>Expiration Date:  **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT:  Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy,1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

ATWOOD, RODGER THEODORE II
Harrisburg, PA 17108

TYPE OF ORGANIZATION ("X" one)

☒ INDIVIDUAL      ☐ PARTNERSHIP

☐ JOINT VENTURE      ☐ CORPORATION

STATE OF INCORPORATION
PENNSYLVANIA

SURETY(IES) *(Name(s) and business address(es)*

Depository Trust Company
55 Water Street, New York, NY 10041

PENAL SUM OF BOND *(whole numbers only)*

| MILLION(S) | THOUSANDS | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE<br>02/07/2012 | CONTRACT NO.<br>1:12-CR-0055-01<br>1:13-CR-0260-01 |
|---|---|

OBLIGATION

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we the sureties bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us.  For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS

The Principal has entered into the contract identified above.

THEREFORE

The above obligation is void if the Principal-

    (a)(1)  Performs and fulfills all the undertaking, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies)  and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

    (b)     Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 U.S.C. Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS *Patrick Cody Morgan*     *Patrick Cody Morgan*     *July 4th, 2016*

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *without Recourse*<br>*rodger I family of atwood* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S)<br>*(Typed)* | 1. *without Recourse*<br>ATWOOD II, RODGER THEODORE, (Principal) | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *without Recourse*<br>*rodger II family of atwood* (Seal) | 2. (Seal) | |
| NAME(S)<br>*(Typed)* | 1. RODGER THEODORE ATWOOD II | 2. | |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S<br>*(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition not usable

**STANDARD FORM 25** (REV. 8/2014)<br>Prescribed by GSA-FAR (48 CFR) 53.228 (b)

| PAYMENT BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>2/07/2012 | OMB Number: **9000-0045**<br>Expiration Date: **6/30/2016** |
|---|---|---|

PAPERWORK REDUCTION ACT STATEMENT: Public reporting burden for this collection of information is estimated to average 60 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to U.S. General Services Administration, Regulatory Secretariat (MVCB)/IC 9000-0045, Office of Governmentwide Acquisition Policy, 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| ATWOOD, RODGER THEODORE II<br>Harrisburg, PA 17108 | [x] INDIVIDUAL | ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE | ☐ CORPORATION |
| | STATE OF INCORPORATION<br>PENNSYLVANIA | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND (Whole numbers only) | | | |
|---|---|---|---|---|
| Depository Trust Company<br>55 Water Street, New York, NY 10041 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE<br>2/07/2012 | CONTRACT NO.<br>1:12-CR-0055-01<br>1:13-CR-0260-01 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS: *Patrick Cody Morgan*     *Patrick Cody Morgan*     *July 4th, 2016*

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | with out Recourse<br>1. *rodger II family of atwood* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. ATWOODII, RODGER THEODORE, PRINCIPAL | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | without Recourse<br>1. *rody-II family of atwood* (Seal) | 2. (Seal) | (Seal) |
| NAME(S) (Typed) | 1. RODGER THEODORE ATWOOD II | 2. | |

| CORPORATE SURETY(IES) | | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2014)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| BID BOND *( See instructions on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)* 02/07/2012 | OMB Number: **9000-0045** Expiration Date: **6/30/2016** |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

ATWOOD, RODGER THEODORE II
Harrisburg, PA 17108

TYPE OF ORGANIZATION *("X" one)*
[X] INDIVIDUAL   [ ] PARTNERSHIP
[ ] JOINT VENTURE   [ ] CORPORATION

STATE OF INCORPORATION
PENNSYLVANIA

SURETY(IES) *(Name and business address)*

Depository Trust Company
55 Water Street, New York, NY 10041

| PERCENT OF BID PRICE | PENAL SUM OF BOND — AMOUNT NOT TO EXCEED | | | | BID DATE 02/07/2012 FOR *(Construction, supplies, or Services)* | BID IDENTIFICATION |
|---|---|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | INVITATION NO. 1:12-CR-0055-01/1:13-CR-0260-0 |

OBLIGATION

We, the Principal and Surety (ies) are firmly bound to the United States of America (hereinafter call the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit or liability is the full amount of the penal sum.

CONDITIONS:

The principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10 days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to executes such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each surety executing this instrument agrees that its obligations is not impaired by any extension(s) of the time for acceptance of the bid that the principal may grand to the Government. Notice to the surety (ies) of extensions (s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the periods originally allowed for acceptance of the bid.

WITNESS *Patrick-Cody: Morgan*     *Patrick-Cody: Morgan*     *July 4th, 2016*

The principal and Surety (ies) executed this bid bond and affixed their seals on the above date.

with Recourse

PRINCIPAL

| | 1. *rodger II family of atwood* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | | | | |
| NAME(S) & TITLE(S) *(Typed)* | ATWOOD II, RODGER THEODORE (Principal) | 2. | 3. | |

without Recourse

INDIVIDUAL SURETY(IES)

| | 1. *rodger II family of atwood* (Seal) | 2. (Seal) |
|---|---|---|
| SIGNATURE(S) | | |
| NAME(S) *(Typed)* | RODGER THEODORE ATWOOD II | 2. |

CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Pervious edition is usable

**STANDARD FORM 24** (REV. 10/1998)
Prescribed by GSA - FAR (48 CFR) 53.228(a)

Notice of "Accord and Satisfaction"

**Respondents:**

Date: 08/22/2016

Denise Turner Roth
Acting Administrator
U.S. General Svcs Admin
1800 F. Street N.W.
Washington, DC 20405

Loretta Lynch
U.S. Attorney General
U.S. Dept of Justice
950 Pennsylvania Ave
Washington, DC 20530

Christy H. Fawcett, Esq.
Asst. U.S. Attorney
U.S. Attorney's Office
228 Walnut Street
Harrisburg, PA 17108

Re: Account case no(s): 1:13-CR-0260-01 / 1:12-CR-0055-01


I, Rodger of the family of Atwood, on the 4th day of August, 2016, did tender in good faith and with clean hands the following instruments: SF-28, SF-25, SF-25A, SF-24, OF-90 and OF-91, as "Accord and Satisfaction" of the above referenced account case no(s) to Denise Turner Roth, Acting Administrator of the United States General Services Administration.

Having received no response from Denise Turner Roth as of this 22nd day of August, 2016, I conclude the Trust-Estates known as "RODGER T. ATWOOD, II", "ROGER THEODORE ATWOOD II", "Rodger T. Atwood II", "Atwood, Rodger T. II", and "Roger T. Atwood II" are exonerated from any further liabilities and performance in the above referenced account case no(s).

In the event your silence was in error, Respondents are hereby given an additional ten (10) days to accept, conditionally accept, or refuse the tender of the above aforementioned instruments.

**Time to respond, type of response:**

1. Respondents are given ten (10) days to respond to this "Notice of Accord and Satisfaction;"

2. Response must be in writing and signed under Respondent's full commercial liability;

   a. Response must include Respondents "Oath of Office" and Bonding Underwriter's address;

3. A Response which fails to meet the terms in paragraph 2 shall be treated as a non-response.

4. Failure to respond will be Respondents agreement to waive any rights of action against the above referenced Trust-Estates and agreement to release the man, Rodger of the family of Atwood to his natural liberty.


*RODGER T. ATWOOD, II, a Trust-Estate*
RODGER T. ATWOOD, II, a Trust-Estate
care of #06454-067
Federal Correction Institution
PO Box 1009
Welch, WV 24801


enclosures: AFFIDAVIT OF MAILING dated the 4th day of August, 2016

Notice of Non-Response

### Three (3) Day Opportunity to Cure

Respondents:                                                          Date: 09/05/2016

Denise Turner Roth          Loretta Lynch              Christy H. Fawcett, Esq
Acting Administrator        U.S. Attorney General      Asst. U.S. Attorney
U.S. General Svcs Admin     U.S. Dept of Justice       U.S. Attorney's Office
1800 F. Street N.W.         950 Pennsylvania Ave       228 Walnut Street
Washington, DC 20405        Washington, DC 20530       Harrisburg, PA 17108

Re: "Notice of Accord and Satisfaction" dated: 08/22/2016

    Dear Sir/Ms.,

on or about the 22nd day of August, 2016, I did send the Respondents above
a "Notice of Accord and Satisfaction" via certified mail # 7013 1090 0001
9952 3659, and first class mail, giving Respondents ten (10) days to respond
to Rodger II of the family of Atwood's "Notice" in the event their was any
error in his claim of tender and "Accord and Satisfaction" of any further
liabilities in Account Case No(s): 1:13-CR-0260-01 / 1:12-CR-0055-01 against
the Trust-Estates known as "RODGER T. ATWOOD, II", "RODGER THEODORE ATWOOD II
", "Rodger T. Atwood II', "Atwood, Rodger T. II", and "Rodger T. Atwood II."

As of the 5th day of September, 2016, I have received no response to my
"Notice of Accord and Satisfaction" dated 08/22/2016.  In the event your
silence was in error, I am granting you an additional three (3) days to
respond, or forever acquiesce and waiver all rights of action against the
above referenced Trust-Estates, and agreement to release the man, Rodger II
of the family of Atwood to his natural liberty.

                                      *RODGER T. ATWOOD, II, a Trust-Estate*
                                       RODGER T. ATWOOD, II, a Trust-Estate

### Certificate of Mailing

    I , Rodger II of the family of Atwood, did deliver this "Notice of Non-
Response, Three (3) Day Opportunity to Cure" to the Respondents above via
certified mail and first class mail on this ___5___ day of __September__, 2016.

    7014 1820 0001 4760 3596

                                      *rodger II of the family of atwood*

                                  " Receipt/Default "

Notice of Adverse Claim,
Request for an Accounting,
Request Regarding a Statement of Account

Respondents:                                                October 26, 2016

U.S. Attorney          U.S. Attorney General    USDC Clerk        GSA Acting Admin
228 Walnut St.         950 Pennsylvania Ave NW  228 Walnut St.    1800 F. Street NW
Harris, PA 17108       Washington, DC 20530     Harris, PA 17108  Wash, DC 20220

RE: Case No: 1:12-CR-0055-01, UNITED STATES OF AMERICA V RODGER T. ATWOOD, II
    Case No: 1:13-CR-0260-01, UNITED STATES OF AMERICA V RODGER T. ATWOOD, II
    Case No: 06454067, UNITED STATES OF AMERICA V ATWOOD, RODGER T. II

Dear Sir/Maam,

   Grantor, Rodger II of the family of Atwood, of the Trust-Estate known as
Rodger Theodore Atwood II, having discharged all obligations on August 10, 201
(See Exhibit-B in Civil Action Number 1-16-CV10162    in the United States
District Court, Southern District of West Virginia) does hereby give Notice of
Adverse Claim to all rights, title, and interest in the above referenced Case
Numbers, and makes a Request for an Accounting of the unpaid obligations to
the above Respondents.

   This Request includes but is not limited to the general ledger, balance
sheet, deposit ledger, withdrawal ledger, asset ledger, consolidated asset
financial report and IRS Forms 1099, 1096, W-2, W-8, W-9, 1040-V and any other
information or returns filed in connection with the above referenced case
numbers.

   Respondents are hereby granted fourteen (14) days to comply with Grantor's
Requests above or forever waive any future rights of action to the above
referenced case numbers and any collateral or surety securing the same.

                          Statement of Accounts

         Case No: 1:12-CR-0055-01              $0.00 remaining balance

         Case No: 1:13-CR-0260-01              $0.00 remaining balance

         Case No: 06454067                     $0.00 remaining balance

RECEIVED
HARRISBURG, PA

NOV 0 4 2016

FILED
HARRISBURG, PA

NOV 0 4 2016

                                          rodger II of the family of atwood
                                          Grantor
                                          Rodger Theodore Atwood II, Trust-Est
                                          c/o #06454067
                                          PO Box 1009
                                          Welch, WV 24801

enclosures: DECLARATION OF TRUST-ESTATE KNOWN AS Rodger Theodore Atwood II

cc: Secretary of Treasury, 1500 Pennsylvania Ave NW, Washington, DC 20220

RECEIVED

NOV - 7 2016

I, _rodger II of the family of atwood_ , did deliver the following "Notice of Adverse Claim, Request for an Accounting, Request Regarding a Statement of Account" to the Postmaster as Agent for the Recipients below on this _31_ day of _October_ 2016.

Recipients:

Christy H. Fawcett, Asst.
United States Attorney                          Certified Mail# _7014 1820 0001 4760 4198_
228 Walnut Street
Harrisburg, PA 17108


U.S. Attorney General                           First Class
950 Pennsylvania Ave NW
Washington, DC 20530


United States District Court Clerk              First Class
228 Walnut Street
Harrisburg, PA 17108


GSA Acting Administrator                         First Class
1800 F. Street NW
Washington, DC 20220


Secretary of Treasury                            First Class
1500 Pennsylvania Ave NW
Washington, DC 20220


United States Attorney                           First Class
235 Washington Ave. Room 101
Scranton, PA 18503


_rodger II of the family of atwood_
Grantor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Rodger II of the family of Atwood, | Civil Action No: 1:16-cv-10162 |
| Plaintiff, | Judicial Notice |
| vs | (F.R.C.P. Evid Rule 201) |
| Rodger Theodore Atwood II, | |
| B. Rickard, Warden, | |
| Defendants | |

COPY - The original was filed in
the Clerk's Office at Charleston on

NOV 1 5 2016

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## Notice of Claim

I, rodger II of the family of atwood, a sovereign living man and the Grantor, of the original property/res into trust with the Pennsylvania-state, constituting those natural rights bestowed upon me by my creator, the Supreme Being known as "God," including but not limited to life, liberty and the pursuit of happiness (free will), such rights constituing an individual interest in the sovereign trust known as "we the people", does declare his intent to exercise said rights as the sole reversionary interest holder to the exclusion of "we the people", due to ex maleficio.

I, rodger, as sole reversionary interest holder to the individual Trust-Estate known as "Rodger Theodore Atwood II", does hereby give "notice" to the world of his intent and deed to exercise such rights and property to the exclusing of all others.  Anyone attempting to hinder the exercise of such rights is tortiously interfering and trespassing on my unalienable rights as a tortfeasor.

Whoever has a prior or superior claim to said rights and property in trust with "we the people" and the Pennsylvania-state, shall provide such evidence within thirty days from the date of his "notice" or forever waive any future rights of action to said rights and property.

date: November 10, 2016          by: grantor, rodger II of the family of atwood

grantor, rodger II of the family of atwood

"Proof of Life"

I, rodger II of the family of atwood, a living man, being over the age of eighteen years, does declare that I am alive and breathing, not dead, presumed dead, civilly dead, absent or an outlaw.  I have not abandoned my natural rights including but not limited to, life, liberty and the pursuit of happiness (free will), bestowed upon me by my creator, the Supreme Being known as God.

I, rodger, make priority claim to all rights, title and interest in the property held in trust by the Pennsylvania state and State of Pennsylvania for lack of private owner, in the name of Rodger Theodore Atwood II.

I, rodger, give the world notice of the above claims and allow anyone disputing said claims thirty days to provide evidence of such claim or forever waive any rights of action to the said property held in trust in the name of Rodger Theodore Atwood II by the Pennsylvania state and the State of Pennsylvania.

Affidavit

I, rodger, declare under the pains and penalties of perjury that the foregoing claims are true and correct to the best of my knowledge, information and belief, so help me God.

by: _rodger II of the family of atwood Grantor_

rodger II of the family of atwood
c/o 101 Delville Dam Rd.
Duncannon, Pennsylvania

We, the witnesses below do declare that the man known as rodger II of the family of atwood did affix his seal above on this _7_ day of _November_ ,2016.

| Witness One | Witness Two |
|---|---|
| _Patrick of the family of morgan_ | _T. Clark_ |
| _patrick of the family of morgan_ | _T. Clark_ |

## Certificate of Mailing

I, _Rodger II of the family of atwool_, certify that on the __7__ day of _November_, 2016, did deliver the following _Letter of Administration for Rodger Theodore Atwood II, Trust -Estate; Notice of Resulting Trustee; Affidavit of Proof of Life_,

to the postmaster as agent for the recipients below:

Recipients:

_Tom Wolf, Governor of Pennsylvania_        _Certified Mail# 7014 1820 0001 4760 4159_

_508 Main Capital Blvd._

_Harrisburg, Pa 17120_

_John Kerry, Secretary of State_        First Class mail

_Department of state_

_2201 C Street, NW_

_Washington, D.C 20520_

_Secretary of State_        First Class mail

_Pennsylvania Department of state_

_P.O. Box 8722_

_Harrisburg, Pa 17105_

_rodger II of the family of atwool, Grantor_

Seal

"Notice of Claim"


     Be it known on this 18th day of April in the year of our Lord and Savior
Two thousand and sixteen, that I, rodger II of the family of atwood, a natural
private man inhabiting the state of Pennsylvania, a noncitizen and nonresident,
does hereby give "Notice of Claim" of his paramount equitable rights to the
legal person and estate known as Rodger Theodore Atwood, created on or about
January 17th, 1966 by the registrant, the State of Pennsylvania and recorded
in Cumberland county, Pennsylvania under Registrar's No. 00476-1966.  That
rodger II of the family of atwood is the donor/settlor/grantor of all rights,
title and interest in the legal person and estate known as Rodger Theodore
Atwood, held in trust by the state of Pennsylvania in reversion for lack of a
beneficiary or remainderman.  This "Notice of Claim" overcomes any presumption
of death of the heir/beneficiary/remainderman, rodger of the family of atwood.

     Be it known that all rights, property, credits, accounts, real estate,
chattels, goods, choses in actions or merchandise in possession by the state
of Pennsylvania, State of Pennsylvania, or United States of America, held in
trust for the benefit of the heir/beneficiary/remainderman, rodger II of the
family of atwood.  All officers, employees and agents in possession of the
aforementioned assets are resulting trustees/fiduciaries under duty to the heir
/beneficiary/remainderman, rodger II of the family of atwood.

                    "Request for an Accounting of Assets"

     The donor/settlor/beneficiary/remainderman hereby requests an accounting of
all assets, credits or property held in the name of or for the benefit of the
legal person/estate known as Rodger Theodore Atwood.  The donor/settlor/grantor
appoints the Comptroller and Treasurer of the State of Pennsylvania as Trustees
of the Rodger Theodore Atwood legal person/estate.

              "Time to Respond, Form of Response, Failure to Respond"

   1.  Respondents are hereby given thirty (30) days from receipt of this
       "Notice of Claim" to refute claimant's claims.

   2.  Response must be under oath, under the pains and penalties of perjury.

   3.  Failure to provide a response under oath shall be treated as a failure
       to respond.

   4.  Failure to respond shall be Respondent's tacit agreement to all the
       claims in claimant's "Notice of Claim."

                          "Affidavit to Claim"

     I, rodger II of the family of atwood hereby places his private signature
on this affidavit under the pains and penalties of perjury that the foregoing
"Notice of Claim" is true to the best of my knowledge, information and belief.


                                        Registered Agent
                                        rodger II of the family of atwood
                                        c/o 102 Dellville Dam Rd.
                                        Duncannon, Pa 17020

## Certificate of Service

I, rodger II of the family of atwood, certify that on the _19_ day of April, 2016, a true and correct copy of the "Notice of Claim","Request for an Accounting of Assets", and "Time to Respond, Form of Response, Failure to Respond", and "Affidavit to Claim" were delivered to the Post Master as agent for the Respondents below according to the Postal Rule.

1. Pennsylvania Health & Human Services Commission/Ombudsman
   625 Forsten Stretch
   Harrisburg, PA 17120
2. Tom Wolf, Governor of Pennsylvania
   508 Main Capital Blvd.
   Harrisburg, PA 17120                Certfied Mail#   70141820000147600083
3. Kathleen G. Kane, Attorney General
   State of Pennsylvania
   11 N. 3rd Street, 16th Floor
   Harrisburg, PA 17101                Certified Mail#  70112000000103056064
4. Timothy A. Reese, Treasurer
   613 North Street
   Harrisburg, PA 17120
5. Teresa D. Miller, Insurance Commissioner
   State of Pennsylvania
   1326 Strawberry Square
   Harrisburg, PA 17120


I, rodger II of the family of atwood makes oath that the foregoing statements are true to the best of my knowledge and belief under the pains and penalties of perjury.

date: _April 19, 2016_                    _rodger II of the family of atwood, grantor_

"Notice of Non-Response"

Be it known on this 4th day of July in the year of our Lord and Savior Two thousand and sixteen, that I, rodger II of the family of atwood, have received no response to my "Notice of Claim" sent to the Respondents on the 18th day of April in the year of our Lord and Savior Two thousand and sixteen.

I hereby give the Respondents an additional three (3) days from receipt of this "Notice of Non-Response" to respond to my "Notice of Claim" and "Request for an Accounting of Assets." Failure to respond within three (3) days will be Respondent's acquiescense and agreement to all my claims in the "Notice of Claim."

                    Certificate of Service

I, rodger II of the family of atwood, certify that on the __6__ day of July, 2016, a true and correct copy of the "Notice of Non-Response" were delivered to the Post Master as agent for the Respondents below according to the Postal Rule.

1. Pennsylvania Health & Human Services Commission/Ombudsman
   625 Forsten Stretch
   Harrisburg, PA 17120

2. Tom Wolf, Governor of Pennsylvania   certified# 7013 1090 0001 9952 3666
   508 Main Capital Blvd.                      7013 1090 0001 9952 3666
   Harrisburg, PA 17120

3. Kathleen G. Kane, Attorney General
   State of Pennsylvania
   11. N. 3rd Street, 16th Floor
   Harrisburg, PA 17101

4. Timothy A. Reese, Treasurer
   613 North Street
   Harrisburg, PA 17120

5. Teresa D. Miller, Insurance Commissioner
   State of Pennsylvania
   1326 Strawberry Square
   Harrisburg, PA 17120

6. Loretta Lynch, US Attorney General
   950 Pennsylvania Avenue NW
   Washington, DC 20530-0001

7. Peter J. Smith, United States Attorney
   235 North Washington Ave. Room 101
   Scranton, PA 18503

I, roder II of the family of atwood makes oath that the foregoing statements are true to the best of my knowledge and belief under the pains and penalties of perjury.

date:  7-6-2016                        rodge II family of atwood, grantor