# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

RODGER II OF THE FAMILY OF ATWOOD,

        Petitioner,

v.                               CIVIL ACTION NO.   2:17-cv-01180

CHRISTOPHER C. CONNOR, et al.,

        Respondents.

## ORDER

Pending before the court is the petitioner's Petition for Equitable Relief [ECF No. 1]. This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On May 4, 2017, the Magistrate Judge submitted his Proposed Findings of Fact and Recommendation [ECF No. 24] regarding the pending Petition. The petitioner timely filed his objections styled as "Plea in Abatement" [ECF No. 25]. The defendants did not timely file objections.

Having reviewed the petitioner's ten objections de novo, the court **FINDS** that all are without merit. Accordingly, the court **ADOPTS** and **INCORPORATES** herein the Magistrate Judge's report in full. Accordingly, the court **ORDERS** that the petitioner's Petition for Equitable Relief [ECF No. 1] is **DENIED**. Further, the petitioner is cautioned that he may be subject to sanctions should he continue to file clearly frivolous actions.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     May 23, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE